OPINION
Defendant-appellant, Robert Jewell, was charged with domestic violence in violation of R.C. 2919.25(A). Following a bench trial in Butler County Area Court, appellant was found guilty of disorderly conduct, a fourth-degree misdemeanor, contrary to R.C.2917.11. Appellant was sentenced of record and appeals, claiming the trial court erred in finding him guilty of a fourth-degree misdemeanor offense.
Appellant's assignment of error is well-taken. This court has held that disorderly conduct as a fourth-degree misdemeanor is not a lesser included offense of domestic violence. State v. Burgess (1992), 79 Ohio App.3d 584, 587. Disorderly conduct as a minor misdemeanor is a lesser included offense of domestic violence. Id. at 588.
We accordingly reverse the trial court's judgment finding appellant guilty of a fourth-degree misdemeanor disorderly conduct and enter judgment finding appellant guilty of disorderly conduct as a minor misdemeanor offense. Id. See, also, State v. Harris (1996), 109 Ohio App.3d 873. This case is remanded to the trial court with directions to enter an appropriate sentence for a minor misdemeanor disorderly conduct offense. Id.
Judgment reversed and modified and cause remanded.
KOEHLER and POWELL, JJ., concur.